FILED
CLERK U.S. DISTRICT COURT

JAN - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROWLAND YOUNG, | Case No. CV 07-0047 RGK(JC) |
| Petitioner, | ~~(PROPOSED)~~ |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| GEORGE GIURBINO, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the "First Amended Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that Respondent's Motion to Dismiss the First Amended Petition is granted and that Judgment be entered denying the First Amended Petition and dismissing this action without prejudice.

///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein by United States mail on petitioner and on counsel for respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: JAN - 8 2008

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE