JS-6

FILED
CLERK U.S. DISTRICT COURT

JAN - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID ROWLAND YOUNG,

           Petitioner,

      v.

GEORGE GIURBINO, Warden,

           Respondent.

Case No. CV 07-0047 RGK(JC)

~~(PROPOSED)~~

JUDGMENT

    Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that Respondent's Motion to Dismiss the First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is granted, the First Amended Petition is denied, and this action is dismissed without prejudice.

DATED:  JAN - 8 2008

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE